BTXN 117a (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Jacob Alexander Witkowski

§
§
§
§

Debtor(s)    §    Case No.:    26–41738–elm7
             §    Chapter No.:  7

Jacob Alexander Witkowski

Plaintiff(s)    §    Adversary No.:   26–04076–elm
             §
    vs.    §
US Department of Education, Aidvantage on behalf of    §
Department of Education Loan Services, and MOHELA    §
Defendant(s)    §
             §
             §
             §
             §
             §

# SUMMONS IN AN ADVERSARY PROCEEDING

To the above–named defendant:

You are hereby summoned and required to serve upon **Clayton Everett**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **515 E. Border St.**
**Ste 163**
**76010**
**Arlington, TX 76010** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED:  7/9/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk



In Re: Witkowski v. US Department of Education et al
Case No. 26−41738−elm7 −7
Adv. No. 26−04076−elm

## SUMMONS SERVICE EXECUTED

I,___Clayton L. Everett_____

of**___Norred Law, PLLC 515 E. Border St. Arlington, TX 76010_____

certify:

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

   That on the ___10th___ day of ___July_____, 2026___ I served a copy of the within summons, together with the complaint filed in this proceeding, on

U.S. Department of Education
Office of the General Counsel

U.S. Attorney General

U.S. Attorney's Office

the defendant in this proceeding, by {describe here the mode of service}

U.S. Department of Education
Office of the General Counsel
USPS First-Class Mail &
Certified Mail Receipt Requested:
9589 0710 5270 3846 4386 69
the said defendant at

U.S. Department of Education
Office of the General Counsel
400 Maryland Ave SW
Washington, DC 20202

U.S. Attorney General
USPS First-Class Mail &
Certified Mail Receipt Requested:
9589 0710 5270 3846 4386 76

U.S. Attorney's Office
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

U.S. Attorney's Office
USPS First-Class Mail &
Certified Mail Receipt Requested:
9589 0710 5270 3846 4386 83

United States Attorney's Office
Civil Process Clerk
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___July 10, 2026_____          _____
              (Date)                          (Signature)

   **    Norred Law, PLLC 515 E. Border St. Arlington, TX 76010_____
        State mailing address