# ⚬MOHELA®

Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

August 3, 2026

**FiLED**

AUG 1 0 2026

Clerk of Court
U.S. Bankruptcy Court
Eldon B. Mahon U.S. Courthouse
501 W. 10th St., Rm. 147
Fort Worth, TX 76102-3643

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS .

Re:    Jacob Alexander Witkowski
**Adversary Proceeding  26-04076-elm**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding.  Please see the enclosed letter sent to the Debtor's attorney entered in this Adversary Proceeding.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/cm
Enclosure

 **MOHELA**®

Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

August 3, 2026

Clayton Everett
515 E. Border St.
Ste 163
Arlington, TX 76010

Re:  Jacob Alexander Witkowski
     **Adversary Proceeding  26-04076-elm**

Dear Clayton Everett:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding.  The Adversary Proceeding in question pertains to the discharge of a certain private student loan(s).  Please be advised that MOHELA does not own or hold any student loans on which your client, Jacob Alexander Witkowski, is the obligor.  Therefore, any judgment taken against MOHELA in this proceeding would have no effect on the student loan obligations.

MOHELA's relationship to your client is that MOHELA services a private student loan(s), owned by Navient, on which your client, Jacob Alexander Witkowski, is the obligor. Navient, as the owner and holder of the student loan(s), is the only appropriate party to this proceeding, relative to your client's private student loan(s). Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/cm

cc:  Clerk of Court
     U.S. Bankruptcy Court
     Eldon B. Mahon U.S. Courthouse
     501 W. 10th St., Rm. 147
     Fort Worth, TX 76102-3643