CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 19, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | |
| JACOB ALEXANDER WITKOWSKI,<br>Debtor | Case Number: 26-41738−ELM-7<br>(Chapter 7) |
| JACOB ALEXANDER WITKOWSKI,<br>Plaintiff, | |
| v. | Adv. No. 26-04076-ELM |
| UNITED STATES DEPARTMENT OF EDUCATION,<br>Defendant. | |

**ORDER GRANTING MOTION TO STAY AND CONTINUE PROCEEDINGS; SETTING JANUARY 4, 2027 STATUS CONFERENCE**

Pending before the Court is the Joint Motion to Stay and Continue Proceedings and Request for Status Conference filed by the parties to stay proceedings in the above-captioned adversary. The Court, having considered the Joint Motion and for good cause shown, hereby **ORDERS** that the Joint Motion to Stay and Continue Proceedings is **GRANTED**. It is therefore

**ORDERED** that this case is **STAYED** until January 4, 2027. It is further

**ORDERED** that the trial docket call previously scheduled for January 4, 2027, at 1:30 p.m. is Canceled, and the Court will hold a Status Conference in the above captioned adversary on January 4, 2027, at 1:30 p.m. via WebEx.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance:**
Dial-in (US/Canada): 1-650-479-3207 Access code: 2309 445 3213

###END OF ORDER###

AGREED TO FORM:

*For Defendant:*

Ryan Raybould
United States Attorney

*/s/ David G. Adams*
David G. Adams
Assistant United States Attorney
State Bar No. 00793227
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Fax: 214-659-8807
david.adams4@usdoj.gov

*For Plaintiff:*

*/s/ Clayton L. Everett*
Clayton L. Everett
State Bar No. 24065212
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com