United States Bankruptcy Court

Northern District of Texas

Witkowski,
Plaintiff

Adv. Proc. No. 26-04076-elm

US Department of Education,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4 | User: admin | Page 1 of 2

Date Rcvd: Aug 19, 2026 | Form ID: pdf023 | Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Aug 19 2026 22:25:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 19 2026 22:25:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 19 2026 22:25:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 19 2026 22:25:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 19 2026 22:25:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 19 2026 22:25:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Plaintiff Jacob Alexander Witkowski clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David G. Adams | on behalf of Defendant US Department of Education david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |

TOTAL: 2

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 19, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>JACOB ALEXANDER WITKOWSKI,<br>Debtor | <br><br>Case Number: 26-41738−ELM-7<br>(Chapter 7) |
| JACOB ALEXANDER WITKOWSKI,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br>Defendant. | <br><br><br>Adv. No. 26-04076-ELM |

**ORDER GRANTING MOTION TO STAY AND CONTINUE PROCEEDINGS; SETTING JANUARY 4, 2027 STATUS CONFERENCE**

Pending before the Court is the Joint Motion to Stay and Continue Proceedings and Request for Status Conference filed by the parties to stay proceedings in the above-captioned adversary. The Court, having considered the Joint Motion and for good cause shown, hereby **ORDERS** that the Joint Motion to Stay and Continue Proceedings is **GRANTED**. It is therefore

**ORDERED** that this case is **STAYED** until January 4, 2027. It is further

**ORDERED** that the trial docket call previously scheduled for January 4, 2027, at 1:30 p.m. is Canceled, and the Court will hold a Status Conference in the above captioned adversary on January 4, 2027, at 1:30 p.m. via WebEx.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance:**
Dial-in (US/Canada): 1-650-479-3207 Access code: 2309 445 3213

###END OF ORDER###

AGREED TO FORM:

*For Defendant:*

Ryan Raybould
United States Attorney

*/s/ David G. Adams*
David G. Adams
Assistant United States Attorney
State Bar No. 00793227
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Fax: 214-659-8807
david.adams4@usdoj.gov

*For Plaintiff:*

*/s/ Clayton L. Everett*
Clayton L. Everett
State Bar No. 24065212
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com