Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Plaintiff

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Jacob Alexander Witkowski,<br>Debtor. | Case No. 26-41738-elm7<br><br>Chapter 7 |
| JACOB ALEXANDER WITKOWSKI,<br>Plaintiff,<br>v. | Adversary No. 26-04076-elm |
| UNITED STATES DEPARTMENT OF EDUCATION, AIDVANTAGE, NAVIENT SOLUTIONS, LLC, and MOHELA<br>Defendants. | |

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE OF DEFENDANTS NAVIENT SOLUTIONS, LLC AND MOHELA**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Jacob Alexander Witkowski ("Plaintiff"), by and through his undersigned counsel, hereby files this Notice of Partial Dismissal with Prejudice as to Defendants NAVIENT SOLUTIONS, LLC ("NAVIENT") and Higher Education Loan Authority of the State of Missouri ("MOHELA"), and respectfully shows the Court as follows:

1. Defendant NAVIENT has neither filed nor served an answer or a motion for summary judgment in this adversary proceeding.

2. Defendant MOHELA filed a letter on August 10, 2026 [ECF No. 8] confirming that it is solely a loan servicer for loans owned by Navient and requesting dismissal, and has neither filed nor served an answer or a motion for summary judgment.

3. Plaintiff and Defendant NAVIENT have fully executed a written Settlement Agreement and Release of Claims resolving all claims, disputes, and causes of action asserted between them in this action regarding Plaintiff's private student loans.

4. In accordance with the terms of the Parties' settlement, Plaintiff hereby dismisses with prejudice all claims and causes of action asserted against Defendants NAVIENT and MOHELA in this adversary proceeding, with Plaintiff and Defendant Navient to each bear their own attorney's fees, expenses, and costs.

5. This dismissal applies exclusively to Defendant NAVIENT and MOHELA. All claims and causes of action asserted against all other named Defendants, including the United States Department of Education and Aidvantage, are not affected by this notice, are expressly preserved, and shall remain pending before this Court.

Respectfully submitted:

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
(817) 704-3984
515 E. Border St.
Arlington, Texas 76010
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record and interested parties entitled to notice.

/s/ Clayton L. Everett
Clayton L. Everett